UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,   No. C 12-02967 JCS

    Plaintiff(s),

**ORDER TO SHOW CAUSE**

    v.

OAKLAND COLISEUM JOINT VENTURE,

    Defendant(s).
_____/

    Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 7, 2012, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

    IT IS HEREBY ORDERED that Plaintiff appear on **September 21, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 7, 2012, for failure to comply with the Court's Order of June 7, 2012, and for failure to prosecute this action. A case management conference is also scheduled for September 21, 2012, at 1:30 p.m.

    IT IS SO ORDERED.

Dated: September 10, 2012

                                                JOSEPH C. SPERO
                                                United States Magistrate Judge