STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
M. COLLEEN RYAN (SBN 258359)
cryan@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
OAKLAND COLISEUM JOINT VENTURE and
SMG CORPORATION

PATRICK MISSUD (SBN 219614)
91 San Juan Avenue
San Francisco, California 94112
missudpat@yahoo.com

Attorney and Plaintiff in Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| PATRICK A. MISSUD, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND COLISEUM JOINT VENTURE; CITY OF OAKLAND; ALAMEDA COUNTY; SMG CORPORATION; DOES 1-100; ROE Corporations I-X,<br><br>Defendants. | CASE NO. C12-02967<br><br>STIPULATION ENLARGING TIME FOR DEFENDANTS OAKLAND COLISEUM JOINT VENTURE AND SMG CORPORATION TO RESPOND TO COMPLAINT<br><br>**Complaint filed: June 7, 2012**<br>**New Deadline to Respond: November 2, 2012** |

Pursuant to Civil Local Rules 5 and 6-1, the parties, through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff Patrick Missud ("Missud") filed a Complaint against Oakland Coliseum Joint Venture, City of Oakland, Alameda County, SMG Corporation and Does 1 – 100 on June 7, 2012.

2. To avoid arguments regarding potential service issues, Missud and defendants Oakland Coliseum Joint Venture and SMG Corporation stipulate and agree that defendants Oakland

1 | Coliseum Joint Venture and SMG Corporation must be filed no later than November 2, 2012.

2 |     3. The extension is further requested on the grounds that defendants' counsel recently received the file and would like to explore possible resolution with plaintiff's counsel before incurring the expense of a response.

For the foregoing reasons, the parties hereby stipulate and agree to an extension to November 2, 2012 as the final date for defendants Oakland Coliseum Joint Venture and SMG Corporation to file their responsive pleading.

IT IS SO STIPULATED.

Dated: October 22, 2012    PATRICK MISSUD

By:  /s/ Patrick Missud
      Attorney and Plaintiff in Pro Per

Dated: October 22, 2012    HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By:  /s/ M. Colleen Ryan
      STEPHEN A. SCOTT
      M. COLLEEN RYAN
      Attorneys for Defendants
      OAKLAND COLISEUM JOINT VENTURE and SMG CORPORATION

Dated: 10/23/12

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA