STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
M. COLLEEN RYAN (SBN 258359)
cryan@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA  94065
Telephone:    650.637.9100
Facsimile:     650.637.8071

Attorneys for Defendants
CITY OF OAKLAND, ALAMEDA COUNTY,
OAKLAND COLISEUM JOINT VENTURE and
SMG CORPORATION

PATRICK MISSUD (SBN 219614)
91 San Juan Avenue
San Francisco, California   94112
missudpat@yahoo.com

Attorney and Plaintiff in Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND COLISEUM JOINT VENTURE; CITY OF OAKLAND; ALAMEDA COUNTY; SMG CORPORATION; DOES 1-100; ROE Corporations I-X,<br><br>Defendants. | CASE NO.  C12-02967<br><br>**STIPULATION ENLARGING TIME FOR DEFENDANTS CITY OF OAKLAND AND ALAMEDA COUNTY TO RESPOND TO COMPLAINT**<br><br>**Complaint filed: June 7, 2012**<br>**New Deadline to Respond: November 2, 2012** |

Pursuant to Civil Local Rules 5 and 6-1, the parties, through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff Patrick Missud ("Missud") filed a Complaint against Oakland Coliseum Joint Venture, City of Oakland, Alameda County, SMG Corporation and Does 1 – 100 on June 7, 2012.

2. Missud and defendants City of Oakland and Alameda County stipulate and agree that

1  defendants City of Oakland and Alameda County's responsive pleading will be filed no later than
2  November 2, 2012.
3      3.    The extension is further requested on the grounds that defendants' counsel recently
4  received the file and would like to explore possible resolution with plaintiff before incurring the
5  expense of a response.
6      For the foregoing reasons, the parties hereby stipulate and agree to an extension to
7  November 2, 2012 as the final date for defendants City of Oakland and Alameda County to file their
8  responsive pleading.
9      IT IS SO STIPULATED.

11  Dated: October 25, 2012        PATRICK MISSUD

13              By:  /s/ Patrick Missud
                    Attorney and Plaintiff in Pro Per

15  Dated: October 25 , 2012        HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

17              By:  /s/ M. Colleen Ryan
18                  STEPHEN A. SCOTT
                    M. COLLEEN RYAN
19                  Attorneys for Defendants
                    CITY OF OAKLAND, ALAMEDA COUNTY,
20                  OAKLAND COLISEUM JOINT VENTURE and
                    SMG CORPORATION

23  Dated:  10/26/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA