1  STEPHEN A. SCOTT (SBN 67467)
   sscott@hayesscott.com
2  M. COLLEEN RYAN (SBN 258359)
   cryan@hayesscott.com
3  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood City, CA 94065
   Telephone:   650.637.9100
5  Facsimile:   650.637.8071

6  Attorneys for Defendants
   OAKLAND COLISEUM JOINT VENTURE,
7  CITY OF OAKLAND, ALAMEDA COUNTY
   and SMG CORPORATION
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | PATRICK A. MISSUD, and those similarly      CASE NO. 3:12-cv-02967-JCS
   | situated,
13 |
   |              Plaintiff,
14 |                                             SUBSTITUTION OF ATTORNEY
   |        v.
15 |
   | OAKLAND COLISEUM JOINT VENTURE;
16 | CITY OF OAKLAND; ALAMEDA
   | COUNTY; SMG CORPORATION; DOES 1-
17 | 100; ROE Corporations I-X,
   |
18 |              Defendants.

19
       Defendant City of Oakland hereby substitutes Hayes Scott Bonino Ellingson & McLay,
20
   LLP, 203 Redwood Shores Parkway, Suite 480, Redwood City, California 94065; Telephone
21
   (650)637-9100, as their attorney of record in this action, in lieu and in place of James F. Hodgkins
22
   of the City Attorney's Office, City of Oakland.
23

24 Dated: October 29, 2012                    _____
                                              James F. Hodgkins
25                                            On behalf of the CITY OF OAKLAND

26 ///

27 ///

28 ///

413315                                -1-
                    SUBSTITUTION OF ATTORNEY - CASE NO. 3:12-cv-02967-JCS

1 | ABOVE SUBSTITUTION ACCEPTED:

2 | Dated: October 26, 2012      HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By: /s/ M. Colleen Ryan
STEPHEN A. SCOTT
M. COLLEEN RYAN
Attorneys for Defendants
Attorneys for Defendants
OAKLAND COLISEUM JOINT VENTURE,
CITY OF OAKLAND, ALAMEDA COUNTY
and SMG CORPORATION

9 | I CONSENT TO THE ABOVE SUBSTITUTION:

Dated: October 25, 2012      CITY ATTORNEY'S OFFICE, CITY OF OAKLAND

By: JAMES F. HODGKINS

Dated: 10/30/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

413315

-2-

SUBSTITUTION OF ATTORNEY - CASE NO. 3:12-cv-02967-JCS