UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,

    Plaintiff,

  v.

OAKLAND COLISEUM JOINT VENTURE, et al.,

    Defendant.

Case No. 12-02967 JCS

**Order Vacating Motion Hearing and Case Management Conference**

Currently pending before the Court are 1) Defendants' Joint Motion to Strike Portions of the Complaint; and 2) Defendants' Joint Motions to Dismiss Complaint ("the Motions") [Docket Nos. 28, 34]. The Court finds that the Motions are suitable for determination without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the Court vacates the motion hearing scheduled for **January 4, 2013**. The Court also vacates the Case Management Conference set for the same date. The Court will set a Case Management Conference after it has decided the Motions.

    IT IS SO ORDERED.

Dated: December 20, 2013

_____
Joseph C. Spero
United States Magistrate Judge